UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FRANKLIN LEAL-ARTIAGA,

    Defendant.

CASE NO. CR 19-163-RSL

DETENTION ORDER

<u>Offenses charged in Indictment</u>

Count 1 - Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Heroin

Count 2 – Possession of Methamphetamine and Heroin with Intent to Distribute

<u>Date of Detention Hearing</u>:   September 3, 2019

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The Indictment charges drug offenses, each of which carries a maximum penalty in excess of ten years. This creates a rebuttable presumption of detention, both for dangerousness and flight risk. Defendant offered nothing to rebut that presumption, and stipulated to detention.

(2) Defendant is a citizen of Honduras, and has no legal status in the United States. There is an immigration detainer pending against him.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of September, 2019.

                                          s/ John L. Weinberg
                                          United States Magistrate Judge