THE HONORABLE JUDGE LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN LEAL-ARTIAGA,<br><br>Defendants | No. 19-CR-163-RSL<br><br>[PROPOSED]<br>ORDER PERMITTING<br>WITHDRAWAL AND<br>SUBSTITUTION OF COUNSEL |

DEFENDANT FRANKLIN LEAL-ARTIAGA, through counsel Christopher Carney, having moved to permit withdrawal and substitution of defense counsel, the Court having considered the factual basis for withdrawal set forth in the motion as well as the file and record herein, the Court orders as follows:

NOW, THEREFORE, IT IS HEREBY ORDERED that counsel for Mr. Leal-Artiaga, Christopher Carney, is permitted to withdraw and Robert Goldsmith shall be defense counsel for Mr. Leal-Artiaga.

DATED this 25th day of September, 2019.

_____
ROBERT S. LASNIK
DISTRICT COURT JUDGE

ORDER PERMITTING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
(US v. Leal-Artiaga, 19-CR-163-RSL) - 1

CARNEY GILLESPIE ISITT PLLP
600 First Avenue, Suite LL0
Seattle, Washington 98104
(206) 445-0212