Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DELVIN VELASQUEZ-SANCHEZ, <br> FRANKLIN LEAL-ARTIAGA. <br><br> Defendant. | NO.  CR19-000163 RSL <br><br> AGREED ORDER EXTENDING DEADLINE FOR FILING PRE-TRIAL MOTIONS |

COME NOW the parties undersigned acknowledging that good faith negotiations are ongoing and agreeing to request the court to extend the current pre-trial motion filing deadline of January 6, 2020 to January 24, 2020.

IT IS HEREBY ORDERED that the court has considered the agreement of the parties and extends the current pre-trial motion filing deadline of January 6, 2020 to January 24, 2020.

Dated this ___8th___ day of January 2020.

_____
The Honorable Robert S. Lasnik
United State District Court Judge

AGREED ORDER EXTENDING PRE-TRIAL MOTIONS DEADLINE
Page - 1

THOMAS D. COE
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816